No. 115. LEWIS ET AL. *v.* REYNOLDS, COLLECTOR OF INTERNAL REVENUE. February 15, 1932. In this cause it is ordered that the following words be deleted from the sixth paragraph of the opinion (*ante,* pp. 282, 283):

"Also that at the time of his last decision he was restricted to consideration of the demand for refund and determination of whether the trustees were entitled to deduct the state inheritance taxes."

Otherwise the opinion will stand as heretofore announced.